ALEXANDER HERNANDEZ

FILED

APR 0 8 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '16 MJ 1 0 0 9 |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 18, U.S.C., Section 1544 |
| ) | Misuse of Passport |
| Nolberto ANGULO-Carrasco, ) | |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about April 7, 2016 within the Southern District of California, Defendant, Nolberto ANGULO-Carrasco, did knowingly and willfully use a United States Passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting a United States Passport (XXXXX4524), issued to V.A.G., to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not V.A.G and that the passport was not issued or designed for his use; all in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Victor Renteria, CBP Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 8th day of April, 2016.

KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

ALEXANDER HERNANDEZ

## PROBABLE CAUSE STATEMENT

On April 7, 2016, at approximately 4:42 A.M., Nolberto ANGULO-Carrasco (Defendant) applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry pedestrian facility. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States Passport (XXXXX4524) bearing the name V.A.G and stated he was going to Chula Vista, California. The CBP Officer suspected Defendant was not the rightful owner of the document and elected to refer him to secondary inspection.

In secondary, it was confirmed Defendant was not the lawful owner of the passport presented during primary inspection. Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries revealing Defendant's true name and identity. IDENT and IAFIS also linked Defendant to Federal Bureau of Investigation and Department of Homeland Security service records which identify Defendant as a citizen of Mexico without lawful documents to enter the United States.

Defendant was advised of his Miranda Rights and elected to give a statement without benefit of counsel. Defendant admitted he is a citizen of Mexico without lawful documents to enter the United States. Defendant admitted the passport he used did not belong to him and agreed to pay $80.00 if he successfully entered. Defendant said he was going to Los Angeles, California.